### 7587. CLOUD *v.* HAWKES COMPANY.

The grant of a first new trial where the judge has directed a verdict is within the rule that the first grant of a new trial will not be disturbed by this court unless the judge abused his discretion in granting it and the law and facts demanded the verdict.

DECIDED NOVEMBER 16, 1916.

Affidavit of illegality; from city court of Oglethorpe—Judge Martin presiding. May 6, 1916.

*Jule Felton,* for plaintiff in error. *J. J. Bull & Son,* contra.

HODGES, J. In this case the trial judge directed a verdict. A motion for new trial was filed and the court granted it, and to this judgment exceptions are taken. The rule that the judgment

of a trial judge granting a first new trial will not be disturbed by this court, unless the judge abused his discretion in granting it, and the law and facts demanded · the verdict (Civil Code, § 6204), applies as well where the motion for a new trial is .based on a directed verdict as where the motion is based upon the finding of a jury upon issues submitted to them in instructions of the court. If the judge is entitled to correct a finding of the jury by granting a first new trial, it follows that it is within his discretion to do so where the finding was directed by him.

*Judgment affirmed.*